# Exhibit B

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

**U.S. Patent 8,234,851 v. Frozen Bracelet Device**

| Claims | Frozen |
|---|---|
| **1.** A method comprising:<br>a. obtaining a device (2) for making a bracelet (BR) comprising:<br>    i. a body portion (4) having a longitudinal axis (LA), a first end region (6) and a second end region (8) spaced apart from the first end region (6);<br>    ii. a platform (14) on the body portion (4);<br>    iii. a first support (100) located at the first end region (6) and projecting outwardly from the platform (14), the first support (100) having an inner wall (104) and an outer wall (104);<br>    iv. a second support (102) located at the second end region (8) and projecting outwardly from the platform (14), the second support (102) having an inner wall (104) and an outer wall (104);<br>    v. a first holder (10) positioned adjacent the inner wall (104) of the first support (100) and being adapted to receive a first end portion (FE) of at least one first flexible medium (24);<br>    vi. a rotation device (12) positioned adjacent the outer wall (104) of the first support (100) and drivingly coupled with the first holder (10) for causing the first holder (10) to rotate (R) about an axis (AX) that is generally parallel (P) to the longitudinal axis (LA) of the body portion (4);<br>    vii. a second holder (10) opposing the first holder (10) and being adapted for receiving a second end portion (SE) of the at least one first flexible medium (24), the second holder (10) being positioned adjacent the inner wall (104) of the second support (102) and being spaced from the first holder (10) for defining a work area (22);<br>b. securing the at least one first flexible medium (24) in the first holder (10) and the second holder (10) forming a core (40); | |

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

| | |
|---|---|
| c. wrapping (W) the at least one first flexible medium (24) or an at least one second flexible medium (24) around the core (40);<br>d. rotating the rotation device (12) to cause winding (WI) of the at least one first flexible medium (24) or the at least one second flexible medium (24) in consecutive adjoining loops (L) around the core (40) forming an article (50); and<br>e. applying a knot simulator, tying a knot (K), or both in the article (50) at a point along a length (LE) of the article (50) so that the article (50) can be used as a bracelet (BR). | <br>**Step 1 of tutorial video teaches creating the base core (40) shown in Step 3 by wrapping the flexible medium (24) between the first holder (10) and the second holder (10).**<br> |

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

| | |
|---|---|
| |  **Step 3 teaches wrapping a flexible medium (24) around the core (40) by rotating (R) the rotation device (12), resulting in consecutive adjoining loops (L) around the core (40).**   |

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

|  |  |
|---|---|
|  |  **The final step of the video teaches applying a knot (K) at a length (LE) along the article (50) to be used for completing a bracelet**  |

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

| | |
|---|---|
| **2.** The method of claim 1, wherein the method includes a step of changing the at least one first flexible medium (1M) or the at least one second flexible medium (1M) and includes tying a knot (K) in the at least one first flexible medium (1M) or the at least one second flexible medium (1M) at a point along the length (LE) of the core and rotating (R) the rotation device (12) to cause wrapping (W) of at least one third flexible medium (3M), which is <u>different</u> from the at least one first flexible medium (24) and the at least one second flexible medium (24), in consecutive adjoining loops (L) around the core (40). | **Step 3 of Elsa's Magical Ice Block teaches: "once you've finished your desired color block, stop turning the knob and tie a knot (K) at the end of the block" at 2:30 and "select your next color (3M is a variant of 24) and repeat until you've reached your desired length" at 2:32**<br><br>**Final Step of Elsa's Magical Ice Block shows different "blocks" (3M) of string colors.** |

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

| | | |
|---|---|---|
| **3.** The method of claim 1, wherein the first holder (10) and the second holder (10) are indirectly attached by a translation rod (16) so that the step of rotating (R) includes rotating the first holder (10) and the second holder (10) simultaneously using a hand crank (HC). | |  |
| **4.** The method of claim 2, wherein the first holder (10) and the second holder (10) are indirectly attached by a translation rod (16) so that the step of rotating (R) includes rotating the first holder (10) and the second holder (10) simultaneously using a hand crank (HC). | |  |

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

| | |
|---|---|
| **9.** The method of claim 1, wherein the method includes a step of twisting (T) the at least one first flexible medium (24) or the at least one second flexible medium (24) before the step of wrapping (W) around the core (40). | <br>**Step 3 of video teaches twisting (T) the flexible medium (24) prior to wrapping (W) around the core (40).** |
| **10.** The method of claim 1, wherein the article (50) has two looped ends (52), two free ends (54), or a combination thereof. |  |

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

| | |
|---|---|
| **11.** The method of claim 10, wherein the method is repeated to form a second article (50), and the second article (50) is connected with the first article (50). | **Could reasonably connect two articles (50) using a similar method to connecting one individual article (50), but does not specifically teach it. Based on claim 10, the frozen article (50) is similar and therefore could be used in similar fashion according to claim 11.**<br> |

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

| | |
|---|---|
| **13.** The method of claim 1, wherein the method includes a step of holding the at least one first flexible medium (24) or the at least one second flexible medium (24) during use with a **flexible medium holding device (122)** so that the at least one first flexible medium (24) or the at least one second flexible medium (24) is held out of the working area (22). | <br>**Instructional video specifically teaches:**<br>**"Clipping the bundle of threads to keep the threads from getting tangled" at 2:06**<br><br>**The clip is used as a flexible medium holding device (122) to clip on and off the thread.** |

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

| | |
|---|---|
| **14.** The method of claim 8, wherein the method includes a step of holding the at least one first flexible medium (24) or the at least one second flexible medium (24) during use with a **flexible medium holding device (122)** so the at least one flexible medium (24) or the at least one second flexible medium (24) is held out of the working area (22). | <br>**Instructional video specifically teaches:**<br>"Clipping the bundle of threads to keep the threads from getting tangled" at 2:06<br><br>**The clip is used as a flexible medium holding device (122) to clip on and off the thread.** |
| **19.** The method of claim 1, wherein the rotation device (12) is in communication with the first holder (10) via one or more gears (20). |  |

U.S. Patent No. 8,234,851 – Claim Chart
Rev. February 3, 2016

| | |
|---|---|
| **20.** The method of claim 1, wherein the first support (100) and the second support (102) are comprised of two structures (100S & 102S) that substantially encapsulate one or more gears (20) so that the gears (20) are maintained in alignment. | <br>**Gears (20) shown above are encapsulated within device (2) casing between the first support structures (100S) and between the second support structures (102S) when assembled.**<br> |